DOA 11-10-16

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Juan Lira-DeJesus,<br>A205 970 712<br>*Defendant* | Case No. 16-8488MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about November 10, 2016, in the County of Pinal, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Juan Lira-DeJesus, an alien, was found in the United States of America, at or near Eloy, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States, at or near San Ysidro, California, on or about September 6, 2016, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

I further state that I am a Border Patrol Agent with U.S. Customs and Border Protection.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: AUSA Brooke T. Afshari for AUSA Jillian Besancon

☒ Continued on the attached sheet.

*Complainant's signature*
Sheldon W. Schmitt
U.S. Border Patrol Agent
*Printed name and title*

Sworn to before me ~~and signed in my presence~~ telephonically.

Date: 11/11/16 10:15 AM

*Judge's signature*

John Z. Boyle
United States Magistrate Judge
*Printed name and title*

City and state: Phoenix, Arizona

## STATEMENT OF PROBABLE CAUSE

I, Sheldon W. Schmitt, being duly sworn, hereby depose and state as follows:

1. Your affiant is a United States Border Patrol Agent. I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On November 10, 2016, Border Patrol Agent B. Worsencroft encountered an individual near Eloy, in the District of Arizona. The agent identified himself as a Border Patrol Agent and performed an immigration inspection on the individual. The individual, later identified as Juan Lira-DeJesus, admitted to being a citizen and national of a country other than the United States, unlawfully present in the United States. Lira-DeJesus was transported to the Casa Grande Border Patrol Station for further processing. Lira-DeJesus was held in administrative custody until his identity could be confirmed along with his immigration and criminal history.

3. Immigration history checks revealed Juan Lira-DeJesus, to be a citizen of Mexico and a previously deported criminal alien. Lira-DeJesus was removed from the United States to Mexico through San Ysidro, California, on or about September 6, 2016, pursuant to the reinstatement of a removal order issued by an immigration official.

1

There is no record of Juan Lira-DeJesus, in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Lira-DeJesus' immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Juan Lira-DeJesus, was convicted of Conspiracy to Manufacture and Distribute at Least 50 Marijuana Plants, a felony offense, on August 23, 2016, in the United States District Court, Eastern District of California. Lira-DeJesus was sentenced to twenty-four (24) months' imprisonment. Lira-DeJesus' criminal history was matched to him by electronic fingerprint comparison.

5. On November 10, 2016, Juan Lira-DeJesus, was advised of his constitutional rights. Lira-DeJesus freely and willingly acknowledged his rights and declined to provide a statement under oath.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about November 10, 2016, Juan Lira-DeJesus, an alien, was found in the United States of America, at or near Eloy, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near San Ysidro, California, on or about September 6, 2016, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply

for admission thereto; in violation of Title 8, United States Code, Sections 1326(a), and enhanced by (b)(1).

_____
Sheldon W. Schmitt
U.S. Border Patrol Agent

Sworn to and subscribed ~~before me~~ TELEPHONICALLY
this 11th day of November, 2016.

_____
John Z. Boyle
United States Magistrate Judge

3